IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ARACELI PEIMBERT, INDIVIDUALLY AND AS NEXT FRIEND OF S.P. AND D.P., MINORS § § § § Plaintiffs, § § V. § § AARON'S, INC. d/b/a AARON'S SALES & LEASE OWNERSHIP, § § § Defendant. § | CIVIL ACTION NO. 3:17-CV-164 |

**DEFENDANT AARON'S, INC. D/B/A AARON'S SALES & LEASE OWNERSHIP'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Aaron's, Inc. d/b/a Aaron's Sales & Lease Ownership in Cause No. 2017DCV1090, pending in the 171st Judicial District Court of El Paso County, Texas, files this Notice of Removal from that court to the United States District Court for the Western District of Texas, El Paso Division, on the basis of diversity of citizenship and amount in controversy and respectfully show:

### I.   FACTUAL BACKGROUND

1.   On or about March 30, 2017 Plaintiffs Araceli Peimbert, Individually and as Next Friend of S.P. and D. P., Minors ("Plaintiffs") filed their Original Petition and First Set of Discovery Requests to Defendant in the matter styled *Araceli Peimbert, Individually and as Next Friend of S.P. and D. P., Minors v. Aaron's, Inc. d/b/a Aaron's Sales & Lease Ownership*, Cause No. 2017DCV109, pending in the 171st Judicial District Court of El Paso County, Texas, in which Plaintiffs made a claim for damages to herself and minor children for alleged exposure to bedbugs from furniture purchased from Defendant Aaron's.

2. Plaintiffs served Defendant Aaron's, Inc. d/b/a Aaron's Sales & Lease Ownership ("Aaron's") with Plaintiffs' Original Petition and First Set of Discovery Requests to Defendant on April 26, 2017 by certified mail on its registered agent Corporation Service Company. In response, Defendant filed its Original Answer to Plaintiff's Original Petition on May 22, 2017.

## II.   BASIS FOR REMOVAL

4. Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

**A.   The Parties Are Of Diverse Citizenship.**

5. Plaintiffs are individuals who resides in Clint, El Paso County, Texas, and thus, are citizens of the State of Texas. *See* Plaintiffs' Original Petition § 1 (Ex. .

6. Defendant Aaron's is incorporated in Georgia and has its principal place of business at 400 Galleria Parkway SE, Suite 300Atlanta, Georgia. Aaron's is a citizen of the State of Georgia.

7. Because Plaintiffs are citizens of Texas and Defendant Aaron's citizenship lies in Georgia, the parties are completely diverse to establish diversity jurisdiction.

**B.   The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction.**

8. This is a civil action in which the amount in controversy exceeds $75,000.00. Plaintiffs alleges that Defendant Aaron's is liable for negligence, negligent hiring, supervision, and retention, breach of implied warranty of merchantability, breach of implied warranty of fitness for particular purpose, violation of the Deceptive Trade Practices Act, breach of contract, and common-law fraud. *See* Plaintiffs' Original Petition at §§13–49

9. Plaintiffs are seeking monetary relief over $75,000.00. Where a plaintiff's complaint alleges a specific amount of damages, apparently in good faith, that sum controls as

the amount in controversy. *See St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1938). Plaintiffs seek personal injury damages of over $200,000.00 from this occurrence. *See* Plaintiffs' Original Petition at § 56. Plaintiffs also seek exemplary damages, treble damages under the Deceptive Trade Practices Act, and attorney's fees. Plaintiffs' Original Petition demonstrates that the amount in controversy in this case exceeds the jurisdictional requirements.

### III.   THE REMOVAL IS PROCEDURALLY CORRECT

10. Defendant Aaron's registered agent was served on with Plaintiffs' Original Petition and process on April 26, 2017. This notice of removal is filed within the 30-day time period required by 28 U.S.C. § 1446(b).

11. Venue is proper in this District and Division under 28 U.S.C. §1446(a) because this District and Division include the county in which the state action has been pending and because a substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division.

### IV.   ATTACHMENTS

15. Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice. All such documents are fully incorporated by reference as if fully set forth herein. The exhibits to this Notice are as follows:

Exhibit A:   Index of State Court Documents:

    A-1:   Docket Sheet

    A-2:   Plaintiffs' Original Petition and First Set of Discovery Requests to Defendant

    A-3:   Notice of Service of Process

    A-4:   Defendant Aaron's, Inc. d/b/a Aaron's Sales & Lease Ownership's Special Exceptions & Original Answer to Plaintiffs' Original Petition

Exhibit B:   Designation of Counsel

Exhibit C:   Civil Cover Sheet

Exhibit D:   Supplement to Civil Cover Sheet

16. Pursuant to 28 U.S.C. §1446(d), promptly after Defendant files this Notice, written notice of the filing will be given to Plaintiff, the adverse party.

17. Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of the El Paso County District Court, promptly after Defendant files this Notice.

## V.   CONCLUSION

18. Based upon the foregoing, the exhibits submitted in support of this Removal and other documents filed contemporaneously with this Notice of Removal and fully incorporated herein by reference, Defendant Aaron's, Inc. d/b/a Aaron's Sales & Lease Ownership hereby removes this case to this Court for trial and determination.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, LLP

By: */s/ Christina A. Culver*_____
Christina A. Culver
State Bar No. 24078388
Zandra E. Foley
State Bar No. 24032085
Caroline B. Brackeen
State Bar No. 24082715
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299
E-Mail: zfoley@thompsoncoe.com
E-Mail: cbrackeen@thompsoncoe.com
**ATTORNEYS FOR DEFENDANT AARON'S, INC. D/B/A AARON'S SALES & LEASE OWNERSHIP**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on May 26th, 2017, a true and correct copy of the above and foregoing document was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure.

    Tad Rice
    The Rice Firm
    1400 Woodloch Forest Drive, Suite 575
    The Woodlands, Texas 77380
    E-Mail: tad@tadricelaw.com


                                                */s/ Caroline B. Brackeen*_____
                                                Caroline B. Brackeen