

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ARACELI PEIMBERT, individually and as next friend of S.P. and D.P., minors,<br>    Plaintiffs,<br><br>v.<br><br>AARON'S, INC.,<br>    Defendant. | § § § § § § § § § | EP-17-CV-164-DB |

## FINAL JUDGMENT

On this day, the Court held a hearing and issued an order on Plaintiffs Araceli Peimbert, individually and as next friend of S.P. and D.P., minors, and Defendant Aaron's, Inc.'s settlement agreement. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **14th** day of **December 2017.**

_____
**DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**